PROB 12C
(7/93)

Report Date: February 19, 2010

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 01 2010

JAMES R LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark E. Lande            Case Number: 2:05CR02016-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Chief U.S. District Judge

Date of Original Sentence: 12/8/2005

Original Offense:      Wire Fraud, 18 U.S.C. § 1343

Original Sentence:     Prison - 366 Months; TSR - 36       Type of Supervision: Supervised Release
                       Months

Asst. U.S. Attorney:   Jill Bolton                        Date Supervision Commenced: 7/21/2006

Defense Attorney:      Ulvar Klein                        Date Supervision Expires: 3/24/2010

---

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 7/10/2009 and 11/20/2009.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #21:** You shall have no contact with the victim in person, by letter or other communication devices, audio or visual devices, or through a third party, unless authorized by the supervising probation officer. You shall not enter the premises or loiter within 1,000 feet of the victim's residence or place of employment. |
|  | **Supporting Evidence:** On February 17, 2010, this officer learned that Mark Lande contacted the victim via the telephone during the early morning hours of February 5, 2010. According to the victim, Mr. Lande appeared to be crying, was upset, and told the victim he was sorry multiple times. He asked the victim to accept his apology, which the victim told him he would. Mr. Lande continued on, and then asked why the victim called the police, as he would never harm anyone. The victim told Mr. Lande that he was not to have contact with the victim and Mr. Lande told the victim, "I know." The victim expressed feeling uncomfortable over the situation and stated he just wanted to move on from this issue with Mr. Lande. |

Prob12C
Re:  Lande, Mark E.
February 19, 2010
Page 2

5          **Special Condition #17**:  You shall complete a mental health evaluation and follow any treatment recommendation, including taking prescribed medications, as recommended by the treatment provider.  You shall allow reciprocal release of information between the supervising probation officer and treatment provider.  You shall contribute to the cost of treatment according to your ability.

**Supporting Evidence**: On February 17, 2010, this officer called Central Washington Comprehensive Mental Health in an effort to ascertain Mr. Lande's compliance with treatment and appointments. A counselor advised that Mr. Lande "rescinded" the release of information on February 2, 2010, therefore, the counselor was unable to provide any further details. The counselor did ask Mr. Lande if he was sure he wanted to rescind the release. His response was "yes," and that he would deal with getting the U.S. Probation officer more information if necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      February 19, 2010
_____

s/Stephen Krous
_____

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Other

_____
Signature of Judicial Officer

3/1/10
_____
Date