PROB 12C
(7/93)

Report Date: March 15, 2013

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 15 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mark E. Lande          Case Number: 2:05CR02016-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 12/8/2005

Original Offense:       Wire Fraud, 18 U.S.C. § 1343

Original Sentence:      Prison - 366 months          Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Shawn N. Anderson            Date Supervision Commenced: 12/22/2010

Defense Attorney:       TBD                          Date Supervision Expires: 3/21/2013

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Lande has been charged with first degree theft, second degree perjury, and false verification for public assistance, in Yakima County Superior Court, Yakima, Washington. During the period of February 1, 2008, through April 30, 2010, and February 1, 2011, through September 30, 2012, Mr. Lande received $15,041.88 in financial and medical assistance to which he was not entitled, due to the concealment of the following facts from the Department of Social and Health Services (DSHS): Mr. Lande failed to notify DSHS that he was in possession of a certificate of deposit account with CALCOE Federal Credit Union, Yakima, Washington, during the period of February 1, 2008, through September 30, 2012, which had funds that exceeded the assistance limits for financial and medical assistance. Mr. Lande signed and submitted various documents to DSHS that contained false and misleading information concerning his resources and income, as well as his current address, which he knew were false during the period of February 1, 2008, through April 30, 2010, and again from February 1, 2011, through September 30, 2012.

Prob12C
Re:  Lande, Mark E.
March 15, 2013
Page 2

2        **Standard Condition #1:**  The defendant shall not leave the judicial district without the permission of the Court or probation officer.

        **Supporting Evidence:**  Mr. Lande left the Eastern District of Washington on February 6, 2013, to attend a medical evaluation at the University of Washington Medicine, Autism Clinic, located in Seattle, Washington, without permission.  Mr. Lande disclosed this unauthorized travel to this officer on February 19, 2013.

3        **Standard Condition #11:**  The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

        **Supporting Evidence:**  Mr. Lande spoke with investigator Peterson, on March 12, 2013, and did not advise this officer of this contact with law enforcement.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/15/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

3/15/13

Date